IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR194 |
| vs. | ORDER |
| MARSHALL BOX, | |
| Defendant. | |

    This matter is before the court on the motion of Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Marshall Box. (Filing No. 28). Jeffrey L. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Jeffrey L. Thomas' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 28) is granted.

    Mark W. Bubak, 1216 North 101st Circle, Omaha, NE 68114, (402) 934-9250, is appointed to represent Marshall Box for the balance of these proceedings pursuant to the Criminal Justice Act. Jeffrey L. Thomas shall forthwith provide Mark W. Bubak with the discovery materials provided the defendant by the government and such other materials obtained by Jeffrey L. Thomas which are material to Marshall Box's defense.

    The clerk shall provide a copy of this order to Mark W. Bubak and the defendant.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge